615 A.2d 336

COMMONWEALTH of Pennsylvania, Appellant,

v.

Morris GELLER and Joel Geller, Appellees.

Supreme Court of Pennsylvania.

Oct. 21, 1992.

## ORDER

**PER CURIAM:**

The petition of Appellees to reinstate the order of the Court of Common Pleas is denied. However, in light of the undisputed representations made by appellees, and in the interest of justice, the order of the Superior Court, 407 Pa. 644, 645, 584 A.2d 1046, is vacated and the matter is remanded to the Superior Court to accept appellees' motion to withdraw their appeal.

LARSEN, J., did not participate in the consideration or decision of this matter.